**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PLASTERER EQUIPMENT CO., INC., | : | No. 468 MAL 2018 |
| Cross Petitioner | : | |
| | : | Cross Petition for Allowance of |
| | : | Appeal from the Order of the Superior |
| | : | Court |
| v. | : | |
| | : | |
| | : | |
| REGIONAL ORTHOPEDIC | : | |
| ASSOCIATES, P.C., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of January, 2019, the Cross Petition for Allowance of Appeal is **DENIED**.